HENRY CLEWS AND ANOTHER, RESPONDENTS, v. THE ROCK-
FORD, ROCK ISLAND AND ST. LOUIS RAILROAD
COMPANY, APPELLANT.

*Attachment — when may issue.*

In an action to recover the sum of .$45,000, and interest, as damages for the
breach of an alleged contract to deliver to plaintiff certain town bonds, an
attachment may properly issue against a non-resident defendant.
*Lawton* v. *Reil* (34 How., 465) followed.

APPEAL from an order denying a motion made by the defendant
to vacate a warrant of attachment issued in this action.

*James S. Stearns* and *Henry J. Scudder*, for the appellant.

*Crosby & Kent*, for the respondents.

Opinion by LAWRENCE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with costs.